IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMANDO MARTIN ARRIETA,<br><br>Defendant. | CR 26–13–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 55.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Armando Martin Arrieta is charged with one count of conspiracy to distribute and to possess with the intent to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count I), one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) and 18

U.S.C. § 2 (Count II), and three counts of distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1) as set forth in the Indictment (Counts III-V). (Doc. 1.) Judge DeSoto recommends that this Court accept Arrieta's guilty plea as to Count II after Arrieta appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 55) is ADOPTED in full.

IT IS FURTHER ORDERED that Arrieta's motion to change plea (Doc. 47) is GRANTED.

IT IS FURTHER ORDERED that Arrieta is adjudged guilty as charged in Count II of the Indictment.

DATED this 14th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court